UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SHARIS HAMBARCHIAN<br><br>　　　　　Defendant. | 2:16-cr-00483-FMO<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Drug use

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Numerous alleged violations, including failure to report
- Walking away from residential treatment

IT IS ORDERED that defendant be detained.

DATED: 5/10/2019

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE